**Ronald Timothy STEWART, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

**No. 04–6612.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: July 2, 2004.

Ronald Timothy Stewart, Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Timothy Stewart appeals from the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stewart v. United States,* No. CA–03–779 (E.D.N.C. filed Nov. 7, 2003 & entered Nov. 12, 2003; Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*